IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 16-cv-61303 WPD

PINE ISLAND SHOPPING PLAZA AT SUNRISE, LLC
A Florida limited liability company and SKYLAND
MANAGEMENT, INC. a Florida corporation,

    Plaintiff,
v.

WESTCHESTER SURPLUS LINES INSURANCE
COMPANY, a foreign corporation,

    Defendant.
_____/

### DEFENDANT, WESTCHESTER SURPLUS LINES INSURANCE COMPANY'S NOTICE OF FILING EXPERT REPORT OF RANDALL GRIP IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO PLAINTIFFS' SECOND AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that the undersigned attorneys file the Expert Report of Randall Grip in Support of its Response in Opposition to Plaintiffs' Second Amended Motion for Partial Summary Judgment.

                                    Respectfully submitted,

                                    **COZEN O'CONNOR**

                                    By: _/s/_ John David Dickenson
                                          John David Dickenson, Esq.
                                          Florida Bar No. 575801
                                          Email: jdickenson@cozen.com
                                          Matthew B. Criscuolo, Esq.
                                          Florida Bar No. 58441
                                          Email: mcriscuolo@cozen.com
                                          One North Clematis Street

LEGAL\31925132\1

Suite 510
West Palm Beach, FL 33401
Telephone: 561-515-5250
Facsimile: 561-515-5230

and

*(Admitted Pro Hac Vice)*
Joseph A. Ziemianski, Esq.
Texas Bar No. 00797732
Cozen O'Connor
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: 832-214-3920
Email: jziemianski@cozen.com

*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ John David Dickenson
John David Dickenson

**SERVICE LIST**
*Attorneys for Plaintiffs*
Geoffrey D. Ittleman, Esq.
The Law Offices of Geoffrey D. Ittleman, P.A.
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, FL 33301
Email: geoffrey@ittlemanlaw.com

2