Production and Interpretation of Aerial Photographs Covering

4505-4579 North Pine Island Road
Sunrise, FL 33351

Prepared for

Cozen O'Connor

Randall Grip

Aero-Data Corporation LLC

June 2017

**Introduction**

Aero-Data Corporation was engaged by Cozen O'Connor to perform an historical aerial photography study of the property located at 4505-4579 North Pine Island Road in Sunrise, FL (Site). I was asked to acquire aerial photography from 1988 through the present and produce imagery for viewing and analysis.

**Statement of Qualifications**

My name is Randall W. Grip. I have a Bachelor of Science Degree in Geography from Louisiana State University. I am vice-president of Aero-Data Corporation. Aero-Data specializes in aerial mapping and environmental studies using aerial photography and historical maps. Over the past 20 years, I have provided expert photo-interpretation and photogrammetry services for environmental assessment purposes. In the course of this work, I have participated in studies and obtained and interpreted aerial photographs of sites throughout the United States as well as in other foreign nations.

My expertise is in the area of review and analysis of readily available aerial photography. The processes I use include research and acquisition of stereoscopic photography, high resolution photogrammetric scanning, geo-registration of stereo images, and digital orthophoto production. I have been qualified as an expert witness in the fields of photo-interpretation and photogrammetry.

Aero-Data's client list includes many major corporations as well as government agencies such as the US Department of Justice, the Louisiana Department of Natural Resources, and the Louisiana Department of Environmental Quality.

**Information Considered in Forming Opinions**

My opinion is based upon vertical stereoscopic and monoscopic aerial photography and maps of the Site as well as my experience and training. Attachment A is a listing of the aerial photography and other information that I have relied upon.

**Production of Geo-Referenced Images**

Historical aerial photography was acquired of the Site from the following sources: Florida Department of Transportation (FLDOTD), U.S. Geological Survey (USGS), U.S. Department of Agriculture (USDA) and National Ocean Service (NOS). The dates were acquired either as stereoscopic frames or geo-referenced orthophotos. I also obtained the USGS 7.5 minute scale maps which covered the Site

For the historical stereoscopic frames, the photography was geo-referenced to a common coordinate system in our digital photogrammetric workstation. For the geo-referenced orthophotos, I converted the imagery to the same coordinate system as used for the stereoscopic frames. All images were then imported into a geographic information system (GIS).

The cropped and scaled versions for each date of aerial photography are included in Attachment B.

**Area of Expertise in Which I Expect To Testify**

I expect to testify in the areas of photointerpretation and photogrammetry. Photointerpretation is the science of identifying objects in photography and determining their meaning. Photogrammetry is defined as the science of taking measurements from photography. In practical terms, photogrammetry is the science of making maps. My interpretations and opinions outlined in this report are true to a reasonable degree of scientific certainty. Attachment C is my current resume, and Attachment D is a listing of my Trial Testimony, Deposition Testimony, and Publications. My billing rate is $150 per hour for mapping, report production, and testimony

1

**Site Area**

For the purposes of this report, the Site is the property located at 4505-4579 North Pine Island Road in Sunrise, FL. I have superimposed the general Site Area on Cooper City NE 7.5' minute quadrangles and the 2007 USGS orthophotos of the area. On the 2007 orthophotos, the Site consists of an L-shaped building with a parking area to the north and east. There are also two other buildings located along 49th Street.

The primary purpose of the report is to discuss the roof surface of the L-shaped building. The following interpretations will discuss changes on the surface of the roof which are visible by comparing date to date and highlighting differences in texture, tone and patterns. Some of the interpretations could be indicative of changes or repairs made to the roof surface.

The L-shaped building has been separated into different roof sections, Roof 1-10, to facilitate the discussion of the changes visible throughout the dates of photography.

**Interpretations by Photo Date**

**2/26/1988 FLDOTD**

This is the first date acquired for the study. The L-shaped building has a light toned surface and square shaped structures visible on the roof which are likely associated with the buildings infrastructure, such as air conditioning units or vents.

A disturbed area, likely due to construction activities, is visible north of the parking area and just south of 49th Street. Two buildings will be visible within this disturbed area on the next date of photography.

**12/17/1988 NOS**

There are no significant changes to the roof surface since the previous date of photography.

**3/21/1992 FLDOTD**

This date is over three years after the previous date was acquired. The majority of the surface of the L-shaped buildings is darker in tone than the previous date with the exception of the surface on Roof 1 which is light in tone.

**12/4/1992 USGS**

There are no significant changes to the roof surface since the previous date of photography.

**11/18/1994 NOS**

The surface on Roof 2 and the northwest corner of Roof 3 is slightly darker in tone.

**2/2/1995 USGS**

There are no significant changes to the roof surface since the previous date of photography.

**2/21/1999 USGS**

This date is over four years since the previous date acquired. The surface on Roof 2, 5, 6, 7 and 10 as well as the northern one-third portion of Roof 3 are lighter in tone since the previous date of photography.

**4/13/1999 NOS**

There are no significant changes to the roof surface since the previous date of photography

**2002 FLDOT**
The specific day and month for this date of photography is unknown. The surface on Roof 2, 5, 6, 7, 10 and a portion of Roof 3 have a greyer tone than the previous date. The surface in Roof 8 is lighter in tone since the previous date of photography.

**12/2002 USGS**
The specific day for this date of photography is unknown. The surface of Roof 4 is lighter in tone since the previous date of photography.

**1/2005 USGS**
The specific day for this date of photography is unknown. There are no significant changes to the roof surface since the previous date of photography.

**2/2005 USGS**
The specific day for this date of photography is unknown. There are no significant changes to the roof surface since the previous date of photography.

**9/26/2005 USDA-NAIP**
The western portion of the surface on Roof 2 is lighter in tone since the previous date of photography. Blue tarps are visible on the roofs of the buildings west and southwest of the L-shaped buildings. These could be associated with the damage which may have happened from Hurricane Katrina in August or Hurricane Rita in September. The next date of photography is higher in resolution and will be easier to detect these changes.

**12/28/2005 USGS**
The western portion of the surface on Roof 2 remains lighter in tone. The higher resolution of the date allows for the interpretation of the light toned area as a series of white strips with a width of 2.5 feet and varying lengths. These strips are a consistent width of the patterns visible on portions of the surface of L-shape building and could be repairs to the roof.

Blue tarps are visible on the buildings west, southwest and northeast of the L-shaped buildings. These could be associated with the aftermath of Hurricane Katrina in August, Hurricane Rita in September or Hurricane Wilma in October.

**3/2006 USGS**
The specific day for this date of photography is unknown. There are no significant changes to the roof surface since the previous date of photography.

Blue tarps remain visible on some of the buildings west, southwest and northeast of the L-shaped buildings.

**5/14/2006 USDA-NAIP**
There are no significant changes to the roof surface since the previous date of photography.

Blue tarps remain visible on some of the buildings west, southwest and northeast of the L-shaped buildings.

**1/20-26/2007 USGS**
There are several smaller portions of lighter toned surface in the far western portion of Roof 3 and the center and southern portion of Roof 8. Theses lighter toned surface areas are a series of white strips with a width of 2.5 feet and varying lengths which were also visible on the 12/28/2005 date of photography.

3

**8/7/2007 USGS-NAIP**
Additional light toned areas are visible on the western and eastern portions of Roof 2 since the previous date of photography.

**12/31/2008 FLDOT**
Additional light toned areas are visible in the center portion on Roof 2 since the previous date of photography. A 13'x60' dark toned area remains visible on Roof 2 and will be light toned by the next date of photography, 10/9/2010. The entire surface Roof 3, three areas within Roof 4 and the southern portion of Roof 9 are lighter in tone since the previous date of photography.

**10/9/2010 USGS-NAIP**
The remaining area dark toned areas previously visible on Roof 2 is now light toned. Portions of the surface on Roof 1, 6 and 8 and the entire surface of Roof 10 are lighter in tone since the previous date.

**12/30/2011 FLDOT/USGS**
The entire surface on Roof 1, 3, 6 and 9 and portions of 2, 4 and 5 are lighter in tone since the previous date.

**10/11/2013 USGS-NAIP**
The roof surfaces which were lighter in tone in the previous date have a greyer tone on this date of photography.

**1/17-25/2015 FLDOT**
There are no significant changes to the roof surface since the previous date of photography.

**10/13/2015 USGS-NAIP**
There are no significant changes to the roof surface since the previous date of photography.

**12/29/2016-1/6/2017 FLDOT**
There are no significant changes to the roof surface since the previous date of photography.


**Methods and Materials**

**Aerial research and acquisition**
The historical aerial photography study of the Site began with research for available photo coverage from public and private vendors. The photo coverage was then obtained in the form of frames consisting of vertical stereoscopic frame photography and/or geo-referenced orthophotos.

**Setting up the stereomodels**
For the stereoscopic frame photography, two or more raster images for each date of photography were imported into a digital stereoplotter capable of providing stereoscopic viewing of the images at high magnification levels. The digital stereoplotter also allows precise mapping of significant features, which are interpreted, in the 3-D imagery.

Ground control (Florida State Plane Coordinate System- East Zone – NAD 83 (USFEET) for the initial stereomodel, 2/21/1999, was derived from the geo-referenced 2007 orthophotos acquired from the USGS and 7.5' quadrangle maps. Distant mapped features, thousands of feet off the Site but which were also visible in the aerial photography, were measured (coordinates derived) used as ground control points

The coordinates of each selected visible ground control point were then entered into a control point file in the digital stereoplotter.  The floating dot (measuring point) of the stereoplotter was carefully positioned by the operator with the hand controller, one point at a time, onto each of the visible control points and the coordinates of that point (from the ground control point file) were assigned to the image.  When sufficient control points had been visited, accepted and the model checked for residual errors, the stereo model was then confirmed to be level, scaled and locked into the coordinate system.  As a result, measurements of heights and distances could now be made within the stereo model area by using the digital stereoplotter.

Other stereo models for additional photomissions were then set up using ground control points derived from the initial stereo model.  This assured that the stereo models for all dates were accurately registered one to another in the same coordinate system.

Next, using the stereomodels and digital stereoplotter, a geo-referenced image was produced for each date of photography.  A geo-referenced image is a two dimensional raster image produced from one or more frames of vertical aerial photography and is accurately registered to a chosen coordinate system. As a result, each geo-referenced image accurately depicts the roads, buildings and other significant features located within the Site in their true geographic position.  However, distortion caused by the height of buildings was not removed.  As a result, the bases of these structures are displayed in their true position, while their tops may be displaced.

**Photointerpretation and Geographic Information Systems (GIS)**
The geo-referenced images were imported into the geographic information system (GIS) and cropped and scaled versions for each date of aerial photography were produced.

For the stereoscopic frames, photointerpretation of the Site was conducted on the digital stereoplotter using the same digital stereo models used to produce the geo-referenced images. The digital stereoplotter permits a view of the Site in 3-D on a stereoplotter monitor or large computer projection screen, normally at magnification factors ranging from 8X to 32X, while identifying and mapping the outlines of significant environmental features.

For the geo-referenced orthophotos, photointerpretation of the Site was conducted within the GIS system.

The images and registered maps contain specific information which must be viewed by the reader in order to fully understand this report.  They are included in Attachment B and constitute the primary source of information in this report.  They were prepared so that they may be displayed using computer generated prints or a computer projection system.  The GIS provides a wide range of capabilities such as zooming, turning themes (layers) on and off and measuring distances.  The images and maps will be used as exhibits at trial in my testimony.  There may be additional demonstrative exhibits used at trial as well.

I reserve the right to revise and supplement this report.

# Attachment A
## Information Relied Upon

| DOCUMENT/ PHOTO DATE | DOCUMENT/ PHOTO SOURCE | PHOTO RATIO | FILM TYPE | ROLL NUMBER | FRAMES USED | STATUS | COMMENTS |
|---|---|---|---|---|---|---|---|
| | Broward County GIS | | PDF | | 174941.pdf | Received | PDF file of Section 17 Township 49 and Range 41 16 dates from 1963-2000 |
| | Weather.gov | | PDF | | | Received | 2005 South Florida Weather Summary |
| 1/1/1983 | USGS | | MAP | | | Received | 7.5' Quadrangle - Cooper City NE, Florida 1983 |
| 1/1/1985 | USGS | | MAP | | | Received | 7.5' Quadrangle - Ft. Lauderdale, Florida 1985 |
| 2/26/1988 | FLDOTD | 24000 | BW | 6,7 | 6:14-16 | Received | Stereoscopic Aerial Photography |
| 12/17/1988 | NOS | 30,000 | BW | 88EP10 | 3075-3076 | Received | Stereoscopic Aerial Photography |
| 3/21/1992 | FLDOTD | 24000 | BW | 6,7 | 17-19 | Received | Stereoscopic Aerial Photography |
| 12/4/1992 | USGS | 32000 | CIR | 4529 | 8-10 | Received | Stereoscopic Aerial Photography |
| 11/18/1994 | NOS | 30,000 | BW | 94BP09 | 9328-9330 | Received | Stereoscopic Aerial Photography |
| 2/2/1995 | USGS | 40000 | CIR | 6967 | 48-49 | Received | Stereoscopic Aerial Photography |
| 2/21/1999 | USGS | 40000 | CIR | 11085 | 30-31 | Received | Stereoscopic Aerial Photography |
| 4/13/1999 | NOS | 40,000 | BW | 99ACN08 | 1427-1429 | Received | Stereoscopic Aerial Photography |
| 1/1/2002 1 foot | FLDOTD | | COL | | BRO2002-02 | Received Mono | Monoscopic Aerial Photography - 1 foot Resolution Date: 2002 |
| 12/1/2002 75 meter | USGS | | COL | | fler15c05.tif | Received Mono | Monoscopic Aerial Photography - 75 meter Resolution Date 12/2002 |
| 1/1/2005 61 meter | USGS | | COL | | r02c09.tif r03c09.tif | Received Mono | Monoscopic Aerial Photography - 61 meter Resolution Date: 1/2005 |
| 2/1/2005 1 foot | USGS | | COL | | ll02665.tif | Received Mono | Monoscopic Aerial Photography - 1 foot Resolution Date: 2/2005 |
| 9/26/2005 2 meter | USDA/NAIP | | COL | | naip_1-1_2n_s_fl011_2005_1.sid | Received Mono | Monoscopic Aerial Photography - 2 meter Resolution |
| 12/28/2005 1 foot | USGS | | COL | | s164941, s174941, s204941, s214941 | Received Mono | Monoscopic Aerial Photography - 61 meter Resolution |
| 3/1/2006 5 meter | USGS | | COL | | fl_browardcounty_r53c19.tif | Received Mono | Monoscopic Aerial Photography - 5 meter Resolution Date 3/2006 |
| 5/14/2006 2 meter | USDA/NAIP | | COL | | naip_1-1_2n_s_fl011_2006_1.sid | Received Mono | Monoscopic Aerial Photography - 2 meter Resolution |
| 1/20/2007 1 foot | USGS | | COL | | s164941, s174941, s204941, s214941 | Received Mono | Monoscopic Aerial Photography - 1 foot Resolution Date: 1/20/200? and1/26/2007 |
| 8/7/2007 1 meter | USGS/NAIP | | COL | | n_2608054_se_17_1_20070807.tif | Received Mono | Monoscopic Aerial Photography - 1 meter Resolution |
| 12/31/2008 1 foot | FLDOTD | | COL | | BRO2008-109745, 109746 | Received Mono | Monoscopic Aerial Photography - 1 foot Resolution Date: 12/31/2008 |
| 10/9/2010 1 meter | USGS/NAIP | | COL | | m_2608054_se_17_1_20101009.tif | Received Mono | Monoscopic Aerial Photography - 1 meter Resolution |
| 12/30/2011 1 foot | USGS | | COL | | 109746.tif 109745.tif | Received Mono | Monoscopic Aerial Photography - 1 foot Resolution |
| 12/30/2011 1 foot | FLDOTD | | COL | | BRO2011-109745 BRO2011-109746 | Received Mono | Monoscopic Aerial Photography - 1 foot Resolution |
| 10/11/2013 1 meter | USGS/NAIP | | COL | | m_2608054_se_17_1_20111011.tif | Received Mono | Monoscopic Aerial Photography - 1 meter Resolution |
| 1/17/2015 5 foot | FLDOTD | | COL | | Bro2015-109746, 109745 | Received Mono | Monoscopic Aerial Photography - 5 foot Resolution Date: 1/17/2015-1/25/2015 |
| 10/13/2015 1 meter | USGS/NAIP | | COL | | m_2608054_se_17_1_20151011.tif | Received Mono | Monoscopic Aerial Photography - 1 meter Resolution |
| 12/29/2016 5 foot | FLDOTD | | COL | | Bro2017-109746, 109745 | Received Mono | Monoscopic Aerial Photography - 5 foot Resolution Date: 12/29/2016-1/6/2017 |

# Attachment B



SUNRISE

CORPORA

LAUDERHI

16

SITE AREA

CORPORATE

LAUDERHILL

BOUNDARY

**7.5' Quadrangle**
4505-4579 North Pine Island Road
Sunrise, Florida
Map Source: USGS

Cooper City NE (1983) and
Ft. Lauderdale North (1995)
7.5' Quadrangle Maps

250   0   250   500 Feet

AERO-DATA CORP
ENVIRONMENTAL
REMOTE SENSING CONSULTING SERVICES
AERIAL PHOTO ACQUISITION
INTERPRETATION and MAPPING





North Pine Island Road

49th Street

Roof Section Numbers and
Labels for Report

1/20 - 1/26/2007
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source USGS





North Pine Island Road

49th Street

12/17/1988
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: NOS



49th Street

Light-Toned
Surface

North Pine Island Road

Dark-Toned
Surface

Dark-Toned
Surface

1

2

3

4

5 6 7 8

9

10

3/21/1992
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source  FLDOT

50   0   50   100 Feet















**2/21/1999**
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: USGS







North Pine Island Road

49th Street

4/13/1999
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: NOS







North Pine Island Road

49th Street

AERO-DATA CORP.

1/2005
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: USGS



North Pine Island Road

49th Street

AERO-DATA CORP.

2/2005
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: USGS





**12/28/2005**
**4505-4579 North Pine Island Road**
**Sunrise, Florida**
Photo Source: USGS





ENVIRONMENTAL
REMOTE SENSING CONSULTING SERVICES
AERIAL PHOTO ACQUISITION
INTERPRETATION and MAPPING



3/2006
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: USGS



5/14/2006
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: USDA/NAIP



AERO-DATA CORP.

North Pine Island Road

Light-Toned
Surface

Light-Toned
Surface

Light-Toned
Surface

49th Street

Blue
Tarp

Blue
Tarp

Blue
Tarp

50   0   50   100 Feet

1/20 - 1/26/2007
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: USGS





49th Street

North Pine Island Road

Light-Toned
Surfaces

Light-Toned
Surface

Light-Toned
Surfaces

Light
Toned Roof
Surface

12/31/2008
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source  FLDOT









49th Street

North Pine Island Road

1  Light-Toned Surface

2  Light-Toned Surface

3

Light-Toned Surfaces

4

5  6  7  8

9

Light-Toned Surface

10  Light-Toned Surface

**10/9/2010**
**4505-4579 North Pine Island Road**
**Sunrise, Florida**
Photo Source  USDA/NAIP (USGS)



50   0   50   100 Feet



AERO-DATA CORP
ENVIRONMENTAL
REMOTE SENSING CONSULTING SERVICES
AERIAL PHOTO ACQUISITION
INTERPRETATION and MAPPING



49th Street

North Pine Island Road

1

Light-Toned
Surface

2

3

Light-Toned
Surface

Light-Toned
Surface

Light-Toned
Surface

4

5

6

7

8

9

10

Light-Toned
Surface

Light-Toned
Surface

**12/30/2011**
**4505-4579 North Pine Island Road**
**Sunrise, Florida**
Photo Source  FLDOT



50   0   50   100 Feet





49th Street

1

Light-Toned
Surface

2

3

Light-Toned
Surface

Light-Toned
Surface

Light-Toned
Surface

4

5        6     7     8

Light-Toned
Surface

9

10

Light-Toned
Surface

North Pine Island Road

**12/30/2011**
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: USGS









North Pine Island Road

49th Street

AERO-DATA CORP.
REMOTE SENSING · PHOTOGRAMMETRIC SERVICES
AERIAL PHOTOGRAPHY · PHOTO INTERPRETATION
INTERPRETATION and MAPPING

N
W    E
S

50   0   50   100 Feet

10/11/2013
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source: USDA/NAIP (USGS)







North Pine Island Road

49th Street

AERO-DATA CORP

12/29/2016-1/6/2017
4505-4579 North Pine Island Road
Sunrise, Florida
Photo Source  FLDOT

**Attachment C**

## Randall Wayne Grip, Vice-President, Aero-Data Corporation

**Education:**     Louisiana State University, BS in Geography (1996); Mapping Sciences emphasis.

Mr. Grip's course work included graduate level courses in photo interpretation, GIS mapping, GPS surveying and remote sensing with an emphasis in environmental applications.

**Professional Experience:**

September 2003 to Present     Aero-Data Corporation, Baton Rouge, LA,
                              Vice-President

As company vice-president, Mr. Grip has directed all aspects of projects including photographic printing, photo interpretation, photogrammetry, and image research and acquisition.  He has experience in digital image production and geographic information systems using Digital Photogrammetric Workstations and ESRI GIS. Mr. Grip has been involved in approximately two hundred mapping projects while at Aero-Data.  During this time he has been trained and supervised by Wayne M. Grip, Aero-Data's co-founder and principal owner.

Aero-Data specializes in aerial photography and mapping, environmental photointerpretation, and geographic information systems.  The company was founded in 1983.  It has completed over fifty oil field studies since its founding.  Aero-Data has a complete photo laboratory and two airplanes as well as aerial mapping cameras, GPS surveying and navigation receivers, and digital stereoplotter/photointerpretation work stations.

Aero-Data's projects number over 700 sites in 32 different states, to date.   They include historical aerial photography-based hazardous waste site investigations; oil field investigations; environmental audits; accident site investigations; annual site documentation using aerial photography and video; contour mapping of plant sites; stockpile volume determinations; geographic information systems; and coastal zone erosion studies.

Aero-Data's client list includes many of the major corporations and law firms in the United States as well as government agencies such as the U.S. Fish and Wildlife Service, U.S. Environmental Protection Agency, U.S. Soil Conservation Service, U.S. Department of Justice, the Louisiana Department of Transportation and Development, the Louisiana Department of Natural Resources, and the Louisiana Department of Environmental Quality.

July 1995 to September 2003     Aero-Data Corporation, Baton Rouge, LA,
                                Project Manager III

August 1990 to July 1995        Aero-Data Corporation, Baton Rouge, LA,
                                Photolab Specialist

While obtaining his university degree, Mr. Grip worked as a photo lab specialist and aerial camera operator for Aero-Data Corporation.

**Attachment D**

## Expert Testimony of Randall Grip
*Trial testimony is listed first followed by deposition testimony*

| Trial Testimony | Type of Work |
|---|---|
| 11/16/2012    Edward Oneal vs. Thelma Sue Oneal Burcham et al<br>19th Judicial District Court Parish of East Baton Rouge<br>Case No. C596384<br>Historical Imagery Review and Mapping | Photointerpretation & Photogrammetry |
| 11/17/2015    William Lane Stephenson, et al v. Wildcat Midstream Caddo, LLC<br>42nd Judicial District Court Parish of DeSoto<br>Case No. 74,224-A<br>Historical Imagery Review and Mapping | Photointerpretation & Photogrammetry |

| Deposition Testimony | Type of Work |
|---|---|
| 2/26/2013    Edward Leblanc vs Borgwarner Morse Tec Inc. et al<br>Civil District Court for the Parish of Orleans<br>CDC No. 2012-7620, Section:12-H<br>Historical Imagery Review, Mapping, and Plaintiff Geocoding | Photointerpretation & Photogrammetry |
| 12/16/2014    Blue Tee Corp. and Gold Fields Mining, LLC v. XTRA Intermodal, Inc., et al.<br>United States District Court for the Southern District of Illinois<br>No. 3:13-cv-00830-DRH<br>Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |
| 12/22/2014    Clyde A. Tucker et al vs Shell Oil Company, et al.<br>3rd Judicial District for the Parish of Union<br>State of Louisiana<br>Docket No. 42934<br>Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |
| 9/23/2015    Ericsson Inc. et al. v. Ace American Insurance Company, et al.<br>State of Indiana<br>Marion County Superior Court<br>Cause No. 49D05-0807-PL-030958<br>Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |
| 12/18/2015    Frank B Allain et al. v. Exxon Mobil Corporation et al<br>18th JDC Parish of Iberville<br>State of Louisiana<br>Docket No. 62430<br>Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |
| 12/7/2016    Northrup Grummen Guidance & Electric, et al v. Employers Ins. of Wausau<br>State of Missouri<br>Case No. C596384<br>Historical Imagery Review, Photointerpretation | Photointerpretation & Photogrammetry |

| | | |
|---|---|---|
| 4/4 – 4/5/2017 | <u>PPG Industries Inc. v. United States of America</u><br>United States District Court for the District of New Jersey<br>Civil Action No. 12-3526 (MCA)(MAH)<br>Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |
| 5/5/2017 | <u>Cranbury Brickyard, LLC v. United States of America et al</u><br>United States District Court for the District of New Jersey<br>Civil Action No. 3:15-CV-2789<br>Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |